**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6635**

JAMES DINKINS,

Plaintiff - Appellant,

v.

JOHN PYLES, Provider FNP-BC/Contractor USP Hazelton, individually and official capacity; GREGORY MIMS, MD and CD/contractor USP Hazelton, individually and official capacity; ANNE MCARDLE, Assistant Health Administrator/Contractor USP Hazelton, individually and official capacity; JOE COAKLEY, Warden, individually and official capacity; UNITED STATES OF AMERICA,

Defendants - Appellees,

and

FEDERAL BUREAU OF PRISONS; HUNT, Lab Technician/Contractor USP Hazelton, Individually,

Defendants.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. John Preston Bailey, District Judge. (2:18-cv-00003-JPB-JPM)

Submitted: October 23, 2019                    Decided: November 7, 2019

Before AGEE and RUSHING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Dinkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Dinkins appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny Dinkins's motion to appoint counsel and affirm for the reasons stated by the district court. *Dinkins v. Pyles*, No. 2:18-cv-00003-JPB-JPM (N.D.W. Va. filed Apr. 12, 2019; entered Apr. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
